UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEE DEE PRESLEY,             )
                                      )
           Plaintiff,          )
                                        )
        vs.                    )     Case No. 4:08CV00974 ERW
                                        )
SOCIAL SECURITY ADMINISTRATION,   )
                                        )
        Defendant.        )

## ORDER

This matter is before the Court upon Plaintiff's Application for Award of Attorney's Fees Under the Equal Access to Justice Act [doc. #26].   On June 5, 2009, this Court reversed the final decision of the Commissioner of Social Security and remanded the above-styled action for further proceedings.  Plaintiff seeks  a total award of $3,288.09.  Counsel for the Defendant has no objection to this request.

The award of attorneys' fees in this case is governed by the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA").  Under the EAJA, reasonable fees and expenses of attorneys may be awarded to the prevailing party.  28 U.S.C. § 2412(b).  Further, "a court shall award to a prevailing party other than the United States fees and other expenses . . . unless the court finds that the position of the United States was substantially justified or that special circumstances made an award unjust."  *Id.* at § 2412(d)(1)(A).

The Court finds that the position of the United States was not substantially justified and that no special circumstances make an award unjust. Further, a review of Plaintiff's exhibits reveal that the requested attorneys' fees and costs are reasonable.[1] Therefore, the Court will grant Plaintiff's motion, awarding $3,288.09 in attorney's fees.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees Under the Equal Access to Justice Act [doc. #26] is **GRANTED**. Plaintiff is awarded $3,288.09 in attorney's fees payable to counsel for Plaintiff.

Dated this <u>3rd</u> day of September, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1]Counsel for Plaintiff spent 19.5 hours on this case at a rate of $168.62 per hour. Counsel's hourly rate was calculated by multiplying the EAJA statutory rate of $125.00 by a consumer price index multiplier to account for an increase in the cost of living.